GIBSON, DUNN & CRUTCHER LLP
KATHERINE V.A. SMITH, SBN 247866
    KSmith@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY, SBN 295174
    MCooney@gibsondunn.com
KATIE M. MAGALLANES, SBN 300277
    KMagallanes@gibsondunn.com
JENNIFER H. ROGES, SBN 336098
    JRoges@gibsondunn.com
3161 Michelson Drive
Irvine, California  92612-4412
Telephone:    949.451.3800
Facsimile:    949.451.4220

Attorneys for Defendant
AMAZON.COM SERVICES LLC

[Additional Counsel Continued on Next Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONAY JONES, an individual, and MATTHEW RIDGWAY, an individual, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware Corporation,<br><br>                    Defendant. | CASE NO. 1:24-cv-01378-KES-BAM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>Hon. Barbara A. McAuliffe<br><br>Action Filed:    December 1, 2023<br>Trial Date:    None Set |

THE MARKHAM LAW FIRM
DAVID R. MARKHAM, SBN 71814
   dmarkham@markham-law.com
LISA R. BREVARD, SBN 323391
   lbrevard@markham-law.com
888 Prospect Street, Suite 200
La Jolla, CA 92037
Telephone:    (619) 399-3995
Facsimile:    (619) 615-2067

COHELAN KHOURY & SINGER
ISAM C. KHOURY, SBN 58759
   ikhoury@ckslaw.com
MICHAEL D. SINGER, SBN 115301
   msinger@ckslaw.com
MAGGIE K. REALIN, SBN 263639
   mrealin@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone:    (619) 595-3001
Facsimile:    (619) 595-3000

UNITED EMPLOYEES LAW GROUP
WALTER L. HAINES, SBN 71075
   whaines@uelglaw.com
8605 Santa Monica Blvd., #63354
West Hollywood, CA 90069
Telephone:    (562) 256-1047
Facsimile:    (562) 256-1006

Attorneys for Plaintiffs
MONAY JONES and MATTHEW RIDGWAY,
individually and on behalf of all other similarly situated

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER
TO CONTINUE INITIAL SCHEDULING
CONFERENCE – 1:24-CV-01378-KES-BAM

Pursuant to Rule 143 of the Local Rules of the United States District Court for the Eastern District of California, Defendant Amazon.com Services LLC ("Amazon") and Plaintiffs Monay Jones and Matthew Ridgway ("Plaintiffs"), hereby stipulate and agree, by and through their counsel of record, as follows:

WHEREAS, the parties are awaiting an order on Amazon's pending Motion to Dismiss or Stay Action ("Motion") (ECF No. 44);

WHEREAS, on November 12, 2024, the Court set an Initial Scheduling Conference for February 19, 2025 (ECF No. 42);

WHEREAS, due to the current status of this case, the Court continued the Initial Scheduling Conference to October 30, 2025, at 9:00 a.m. and related deadlines as follows (ECF No. 54):

- October 10, 2025, for the parties to meet and confer in advance of the Initial Scheduling Conference; and

- October 23, 2025, for the parties to file a Joint Scheduling Report;

WHEREAS, the parties have conferred and agreed that, subject to this Court's approval, good cause exists to continue the Initial Scheduling Conference and associated deadlines again, to a date after the Court issues an order on the Motion.

NOW, THEREFORE, subject to the Court's approval, and for good cause shown, the parties hereby stipulate and agree as follows:

1. The Initial Scheduling Conference scheduled for October 30, 2025, at 9:00 a.m. shall be continued to a date approximately thirty (30) days after the Court's ruling on the Motion, should it be denied;

2. The parties' deadline to file a Joint Scheduling Report shall be continued from October 23, 2025 to seven (7) days in advance of the new Initial Scheduling Conference date, if necessary; and

3. The parties' deadline to meet and confer in advance of the Initial Scheduling Conference shall be continued from October 10, 2025 to fifteen (15) days in advance of the new Initial Scheduling Conference date, if needed.

Gibson, Dunn & Crutcher LLP

1      **IT IS SO STIPULATED.**

2

3    DATED:  October 10, 2025              GIBSON, DUNN & CRUTCHER LLP
                                          KATHERINE V.A. SMITH
                                          MEGAN COONEY
4                                          KATIE M. MAGALLANES
                                          JENNIFER H. ROGES
5

6

7                                          By:  */s/ Megan Cooney*
                                                   Megan Cooney
8
                                           Attorneys for Defendant
9                                          AMAZON.COM SERVICES LLC

10   DATED:  October 10, 2025              THE MARKHAM LAW FIRM
                                          DAVID R. MARKHAM
11                                         LISA BREVARD

12                                         COHELAN KHOURY & SINGER
                                          ISAM C. KHOURY
13                                         MICHAEL D. SINGER
                                          MAGGIE K. REALIN
14
                                           UNITED EMPLOYEES LAW GROUP
15                                         WALTER HAINES

16

17                                         By: */s/ Maggie Realin (as authorized on 10.10.2025)*
                                                   Maggie Realin
18
                                           Attorneys for Plaintiffs
19                                         MONAY JONES and MATTHEW RIDGWAY,
                                          individually and on behalf of all other similarly
20                                         situated

21

22

23

24

25

26

27

28

4

JOINT STIPULATION AND [PROPOSED] ORDER
TO CONTINUE INITIAL SCHEDULING
CONFERENCE – 1:24-CV-01378-KES-BAM

## <u>ORDER</u>

The Court, having reviewed and considered the parties' Joint Stipulation to Continue Initial Scheduling Conference, and for good cause shown, hereby ORDERS:

1.     The Initial Scheduling Conference scheduled for October 30, 2025, at 9:00 a.m. is continued to **March 10, 2026, at 9:00 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

2.     The parties' deadline to file a Joint Scheduling Report is continued to seven (7) days in advance of the new Initial Scheduling Conference date; and

3.     The parties' deadline to meet and confer in advance of the Initial Scheduling Conference is continued to fifteen (15) days in advance of the new Initial Scheduling Conference date.

IT IS SO ORDERED.

Dated:   **October 14, 2025**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER
TO CONTINUE INITIAL SCHEDULING
CONFERENCE – 1:24-CV-01378-KES-BAM