GIBSON, DUNN & CRUTCHER LLP
KATHERINE V.A. SMITH, SBN 247866
   KSmith@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY, SBN 295174
   MCooney@gibsondunn.com
KATIE M. MAGALLANES, SBN 300277
   KMagallanes@gibsondunn.com
JENNIFER H. ROGES, SBN 336098
   JRoges@gibsondunn.com
3161 Michelson Drive
Irvine, California  92612-4412
Telephone:    949.451.3800
Facsimile:    949.451.4220

Attorneys for Defendant
AMAZON.COM SERVICES LLC

[Additional Counsel Continued on Next Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONAY JONES, an individual, and MATTHEW RIDGWAY, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware Corporation,<br><br>Defendant. | CASE NO. 1:24-cv-01378-KES-FRS (SAB)<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>Hon. Stanley A. Boone<br><br>Action Filed:    December 1, 2023<br>Trial Date:    None Set |

THE MARKHAM LAW FIRM
DAVID R. MARKHAM, SBN 71814
    dmarkham@markham-law.com
LISA R. BREVARD, SBN 323391
    lbrevard@markham-law.com
888 Prospect Street, Suite 200
La Jolla, CA 92037
Telephone:    (619) 399-3995
Facsimile:    (619) 615-2067

COHELAN KHOURY & SINGER
ISAM C. KHOURY, SBN 58759
    ikhoury@ckslaw.com
MICHAEL D. SINGER, SBN 115301
    msinger@ckslaw.com
MAGGIE K. REALIN, SBN 263639
    mrealin@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone:    (619) 595-3001
Facsimile:    (619) 595-3000

UNITED EMPLOYEES LAW GROUP
WALTER L. HAINES, SBN 71075
    whaines@uelglaw.com
8605 Santa Monica Blvd., #63354
West Hollywood, CA 90069
Telephone:    (562) 256-1047
Facsimile:    (562) 256-1006

Attorneys for Plaintiffs
MONAY JONES and MATTHEW RIDGWAY,
individually and on behalf of all other similarly situated

Gibson, Dunn &
Crutcher LLP

2

JOINT STIPULATION AND ORDER
TO CONTINUE INITIAL SCHEDULING
CONFERENCE – 1:24-CV-01378-KES-FRS (SAB)

Pursuant to Rule 143 of the Local Rules of the United States District Court for the Eastern District of California, Defendant Amazon.com Services LLC ("Amazon") and Plaintiffs Monay Jones and Matthew Ridgway ("Plaintiffs"), hereby stipulate and agree, by and through their counsel of record, as follows:

WHEREAS, the parties are awaiting an order on Amazon's pending Motion to Dismiss or Stay Action ("Motion") (ECF No. 44);

WHEREAS, on November 12, 2024, the Court set an Initial Scheduling Conference for February 19, 2025 (ECF No. 42);

WHEREAS, due to the current status of this case, the Court continued the Initial Scheduling Conference to October 30, 2025 (ECF No. 54);

WHEREAS, the Court further continued the Initial Scheduling Conference to March 10, 2026, and the related deadlines as follows (ECF No. 56):

- February 23, 2026, for the parties to meet and confer in advance of the Initial Scheduling Conference;
- March 3, 2026, for the parties to file a Joint Scheduling report;

WHEREAS, the parties have conferred and agreed that, subject to this Court's approval, good cause exists to continue the Initial Scheduling Conference and associated deadlines again, to a date after the Court issues an order on the Motion.

NOW, THEREFORE, subject to the Court's approval, and for good cause shown, the parties hereby stipulate and agree as follows:

1. The Initial Scheduling Conference scheduled for March 10, 2026, at 9:00 a.m. shall be continued to a date approximately thirty (30) days after the Court's ruling on the Motion, should it be denied;

2. The parties' deadline to file a Joint Scheduling Report shall be continued from March 3, 2026 to seven (7) days in advance of the new Initial Scheduling Conference date, if necessary; and

3. The parties' deadline to meet and confer in advance of the Initial Scheduling Conference shall be continued from February 23, 2026 to fifteen (15) days in advance of the new Initial Scheduling

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND ORDER
TO CONTINUE INITIAL SCHEDULING
CONFERENCE – 1:24-CV-01378-KES-FRS (SAB)

Conference date, if needed.


**IT IS SO STIPULATED.**


DATED:  February 6, 2026          GIBSON, DUNN & CRUTCHER LLP
                                  KATHERINE V.A. SMITH
                                  MEGAN COONEY
                                  KATIE M. MAGALLANES
                                  JENNIFER H. ROGES



                                  By:  */s/ Megan Cooney*
                                          Megan Cooney

                                  Attorneys for Defendant
                                  AMAZON.COM SERVICES LLC


DATED:  February 6, 2026          THE MARKHAM LAW FIRM
                                  DAVID R. MARKHAM
                                  LISA BREVARD

                                  COHELAN KHOURY & SINGER
                                  ISAM C. KHOURY
                                  MICHAEL D. SINGER
                                  MAGGIE K. REALIN

                                  UNITED EMPLOYEES LAW GROUP
                                  WALTER HAINES



                                  By: */s/ Maggie Realin (as authorized on 02/06/2026)*
                                          Maggie Realin

                                  Attorneys for Plaintiffs
                                  MONAY JONES and MATTHEW RIDGWAY,
                                  individually and on behalf of all other similarly
                                  situated

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND ORDER
TO CONTINUE INITIAL SCHEDULING
CONFERENCE – 1:24-CV-01378-KES-FRS (SAB)

## ORDER

The Court, having reviewed and considered the parties' Joint Stipulation to Continue Initial Scheduling Conference, and for good cause shown, hereby ORDERS:

1.     The Initial Scheduling Conference scheduled for March 10, 2026, at 9:00 a.m. shall be continued to **June 10, 2026 at 9:00 AM in Courtroom 8**;

2.     The parties' deadline to file a Joint Scheduling Report shall be continued from March 3, 2026 to **seven (7) days** in advance of the new Initial Scheduling Conference date; and

3.     The parties' deadline to meet and confer in advance of the Initial Scheduling Conference shall be continued from February 23, 2026 to **fifteen (15) days** in advance of the new Initial Scheduling Conference date.

IT IS SO ORDERED.

Dated:   __**February 7, 2026**__                    _____

STANLEY A. BOONE
United States Magistrate Judge

Gibson, Dunn &
Crutcher LLP

5

JOINT STIPULATION AND ORDER
TO CONTINUE INITIAL SCHEDULING
CONFERENCE – 1:24-CV-01378-KES-FRS (SAB)