UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MONAY JONES, an individual, and MATHHEW RIDGWAY, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware Corporation,<br><br>Defendant. | Case No. 1:24-cv-01378-KES-FJS<br><br>ORDER RE: STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 61) |

Pursuant to Rule 143 of the Local Rules of the United States District Court for the Eastern District of California, Defendant Amazon.com Services LLC ("Amazon") and Plaintiffs Monay Jones and Matthew Ridgway ("Plaintiffs"), hereby stipulate and agree, by and through their counsel of record, as follows:

WHEREAS, the parties are awaiting an order on Amazon's pending Motion to Dismiss or Stay Action ("Motion") (ECF No. 44);

WHEREAS, on November 12, 2024, the Court set an Initial Scheduling Conference for February 19, 2025 (ECF No. 42);

WHEREAS, due to the current status of this case, the Court has previously continued the Initial Scheduling Conference (ECF Nos. 54, 56, and 59);

WHEREAS, the Initial Scheduling Conference is currently scheduled for June 10, 2026, with related deadlines as follows (ECF No. 59):

- May 26, 2026, for the parties to meet and confer in advance of the Initial Scheduling Conference;

- June 3, 2026, for the parties to file a Joint Scheduling report;

WHEREAS, the parties have conferred and agreed that, subject to this Court's approval, good cause exists to continue the Initial Scheduling Conference and associated deadlines again, to a date after the Court issues an order on the Motion.

NOW, THEREFORE, subject to the Court's approval, and for good cause shown, the parties hereby stipulate and agree as follows:

1. The Initial Scheduling Conference scheduled for June 10, 2026, at 9:00 a.m. shall be continued to a date approximately thirty (30) days after the Court's ruling on the Motion, should it be denied;

2. The parties' deadline to file a Joint Scheduling Report shall be continued from June 3, 2026 to seven (7) days in advance of the new Initial Scheduling Conference date, if necessary; and

3. The parties' deadline to meet and confer in advance of the Initial Scheduling Conference shall be continued from May 26, 2026 to fifteen (15) days in advance of the new Initial Scheduling Conference date, if needed.

**IT IS SO STIPULATED.**

DATED:  May 11, 2026                    GIBSON, DUNN & CRUTCHER LLP
                                        KATHERINE V.A. SMITH
                                        MEGAN COONEY
                                        KATIE M. MAGALLANES
                                        JENNIFER H. ROGES


By:  */s/ Megan Cooney*
                                        Megan Cooney

Attorneys for Defendant
AMAZON.COM SERVICES LLC


DATED:  May 11, 2026                    THE MARKHAM LAW FIRM
                                        DAVID R. MARKHAM
                                        LISA BREVARD

                                        COHELAN KHOURY & SINGER
                                        ISAM C. KHOURY
                                        MICHAEL D. SINGER
                                        MAGGIE K. REALIN

                                        UNITED EMPLOYEES LAW GROUP
                                        WALTER HAINES


By:  */s/ Maggie Realin (as authorized on 05/11/2026)*
                                        Maggie Realin

Attorneys for Plaintiffs
MONAY JONES and MATTHEW RIDGWAY, individually and on behalf of all other similarly situated

## ORDER

The court, having reviewed and considered the parties' joint stipulation to continue initial scheduling conference, and for good cause shown, HEREBY ORDERS:

1.    The initial scheduling conference scheduled for June 10, 2026, at 9:00 a.m. shall be continued to a date approximately thirty (30) days after the court's ruling on the motion, should it be denied;

2.    The parties' deadline to file a joint scheduling report shall be continued from June 3, 2026 to seven (7) days in advance of the new initial scheduling conference date, if necessary; and

3.    The parties' deadline to meet and confer in advance of the initial scheduling conference shall be continued from May 26, 2026, to fifteen (15) days in advance of the new initial scheduling conference date, if needed.

IT IS SO ORDERED.

Dated:    **May 12, 2026**

_____
UNITED STATES MAGISTRATE JUDGE